IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JASON WILEY, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   CIVIL ACTION 07-00663-KD-B |
| | * |
| MICHAEL J. ASTRUE, | * |
| Commissioner of | * |
| Social Security, | * |
| | * |
| Defendant. | * |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Petitioner be awarded attorney's fees under the Equal Access to Justice Act ("EAJA"), that the award be limited to the EAJA rate of $174.15 per hour, thereby resulting in an award of $1,654.43 for 9.50 attorney hours spent representing Plaintiff in connection with this action**,** and $350.00 in court costs, for a total of $2,004.43.

**DONE** and **ORDERED** this the **15**th day of **June 2009.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**